1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  DALJIT SINGH THIND,                    )
                                           )   Case No. 06-6886 PJH
13              Plaintiff,                  )
                                           )
14         v.                              )   **STIPULATION TO DISMISS AND**
                                           )   **[~~PROPOSED~~] ORDER**
15  EMILIO T. GONZALEZ, Director, United States )
    Citizenship and Immigration Services,  )
16                                         )
                Defendant.                 )
17  ―――――――――――――――――――――――――――――          )

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

20  the adjudication of Plaintiff's adjustment of status application.

21      Each of the parties shall bear their own costs and fees.

22  Dated: February 8, 2007                    Respectfully submitted,

23

24                                             KEVIN V. RYAN
                                               United States Attorney
25

26                                             _____/s/_____
                                               EDWARD A. OLSEN
27                                             Assistant United States Attorney
                                               Attorneys for Defendant
28

Stip. to Dismiss
C 06-6886 PJH                          1

1

2 Date: February 8, 2007                                      _____/s/_____

3                                                             JONATHAN KAUFMAN
                                                             Attorney for Plaintiff

4

5

6                                    **ORDER**

7      Pursuant to stipulation, IT IS SO ORDERED.

8

9

10 Date:  2/12/07                        _____

                                         PHYLLIS
                                         United



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C 06-6886 PJH                           2